PD-1566-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/3/2015 2:43:34 PM
Accepted 12/4/2015 12:28:29 PM
ABEL ACOSTA
CLERK

CAUSE NO. _____

_____

COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

_____

COURT OF APPEALS NO. 08-13-00013-CR
TRIAL COURT NO. 20060D02425-DCR-1

EX PARTE: ANNA KNELSEN

_____

MOTION FOR AN EXTENSION
OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

_____

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Petitioner, Anna Knelsen, files this Motion for Extension of Time to File Petition for Discretionary Review under Tex. R. App. P. 10.1, 10.5(b), and 53.7(f). In support of this motion, Petitioner shows the following:

1.    The Eighth Court of Appeals in El Paso, Texas rendered its opinion and judgment in Ex Parte: Anna Knelsen, No. 08-13-00013-CR, on August 26, 2015, an extension of time to file motion for rehearing was filed on September 25, 2015, a motion for rehearing was filed on September 25, 2015 and denied on November 5, 2015. The petition for review due date for filing is due on December 5, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

December 4, 2015

Page 1

ABEL ACOSTA, CLERK

2.	Petitioner requests an extension of time of thirty days, to January 5, 2016. This is Petitioner's first request for an extension of time in this case.

3.	Petitioner relies on the following facts as a reasonable explanation for the requested extension of time:

The undersigned, was appointed and is the second attorney in an appeal of a murder case styled The State of Texas v. Fidencio Valdez, AP-77,042 and has been working on this brief. He prepared for trial on a murder trial case styled The State of Texas v. Ricardo Macias, No. 20130D03635 which took a substantial amount of time. The undersigned also had to complete a Petition for Discretionary Review on filed on November 30, 2015 in a case styled Ex Parte Kerry G. Jones, PD-1373 & 1374 & 1375-15; and is currently working on two appeal briefs in the Eighth Court of Appeals in The State of Texas v. Frances Mutei and In the Interest of N.P.M., a Child, both due December 10 & 11, 2015. The undersigned has also been very busy with court hearings, client conferences and a conferences with investigators all of which have prevented him from writing the Petition for Review by the deadline of December 5, 2015, necessitating the filing of this extension request.

Therefore, Petitioner prays that this Court grant this motion for extension of time.

Respectfully submitted,

_____/s/_____ James D. Lucas
JAMES D. LUCAS
SBN 12658300
2316 Montana Avenue
El Paso, Texas 79903
Tel: (915) 532-8811
Fax: (915) 532-8807
Counsel for Petitioner
jlucas2@elp.rr.com

## CERTIFICATE OF SERVICE

I, James D. Lucas, hereby certify that on the 3rd day of December, 2015, a true and correct amended copy of the foregoing instrument was delivered to the below-named individuals by electronic means:

Jaime Esparza
District Attorney
El Paso County Courthouse
500 E. San Antonio, Room 201
El Paso, Texas 79901
tdarnold@epcounty.com

State Prosecuting Attorney
P.O. Box 12405
Austin, Texas 78711
information@spa.texas.gov

Dated this 3rd day of December, 2015.

_____/s/_____ James D. Lucas_____
JAMES D. LUCAS